AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

IDEGY, Inc.,

        Plaintiffs,

                                **JUDGMENT IN A CIVIL CASE**

v.

                                CASE NO.   2:18-cv-91

G. BRADLEY WEST                  CHIEF JUDGE EDMUND A. SARGUS, JR.
                                             MAGISTRATE JUDGE CHELSEY M. VASCURA

        Defendant.

____    **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Order filed April 3, 2018, JUDGMENT is hereby entered DISMISSING this case.**

Date:  April 5, 2018                                  RICHARD W. NAGEL, CLERK

                                                      */S/ Melissa Saddler*
                                                      (By) Melissa Saddler
                                                      Courtroom Deputy Clerk